IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western

FILED BY ____ D.C.

05 OCT 14 PM 4: 07

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 2:00cr20236-D

Jamie D. Swan

## ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $750.00, payable to Glenda Swan at 3045 Capri, Memphis, TN 38118 in full refund of the cash appearance bond posted herein.

                                            United States District Judge
                                            Bernice B. Donald

Date: 10-13-05
Approved.
Thomas M. Gould, Clerk of Court

BY: _____
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-17-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 122 in case 2:00-CR-20236 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT